# Court of Appeals
# of the State of Georgia

ATLANTA,    June 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2086.  AUNDREA CLARK v. THE STATE.**

Aundrea Clark was convicted of armed robbery and other crimes.  On appeal, we affirmed his convictions in an unpublished opinion.  *Clark v. State*, Case No. A11A0705, decided June 20, 2011.  Clark later filed an extraordinary motion for new trial.  The trial court denied the motion, and Clark filed this direct appeal.  However, an appeal from an order denying an extraordinary motion for new trial must be taken by application for discretionary appeal.  See OCGA §  5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Because Clark failed to comply with the discretionary appeal procedure, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*